221 So.2d 404

**Harold BARNES**

**v.**

**STATE.**

**8 Div. 344.**

Supreme Court of Alabama.

April 10, 1969.

Certiorari to Court of Appeals.

Ralph E. Slate, Decatur, for petitioner.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Harold Barnes for certiorari to the Court of Appeals to review and revise the judgment and decision in Barnes v. State, 45 Ala.App. 6, 221 So.2d 399.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

221 So.2d 121

**George Martin CAGLE**

**v.**

**STATE.**

**6 Div. 695.**

Supreme Court of Alabama.

April 3, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

McEniry, McEniry & McEniry, Bessemer, opposed.

COLEMAN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Cagle v. State, 45 Ala.App. 3, 221 So.2d 119.

Writ denied.

SIMPSON, HARWOOD and BLOODWORTH, JJ., concur.